## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Ada Shannon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10949-DRH |
| *Jaime Sharinghousen v. Bayer Corporation, et al.* | No. 11-cv-12181-DRH |
| *Susan Shellenberger v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13601-DRH |
| *Tonja Shields v. Bayer Corporation, et al.* | No. 11-cv-11617-DRH |
| *Christine Simons v. Bayer Corporation, et al.* | No. 10-cv-13277-DRH |
| *Dawn Rene Sines v. Bayer Corporation, et al.* | No. 11-cv-12442-DRH |
| *Heather Sipek v. Bayer Corporation, et al.* | No. 10-cv-12713-DRH |
| *Jenny Smith v. Bayer Corporation, et al.* | No. 13-cv-10101-DRH |
| *Heather Snider v. Bayer Corporation, et al.* | No. 11-cv-11628-DRH |
| *Lilia Solis v. Bayer Corporation, et al.* | No. 11-cv-12441-DRH |
| *Robyn Spradlin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11236-DRH |
| *Patricia Stack v. Bayer Corporation, et al.* | No. 10-cv-11023-DRH |
| *Jessica Stanley v. Bayer Corporation, et al.* | No. 13-cv-10113-DRH |
| *Kristen Stewart v. Bayer Corporation, et al.* | No. 11-cv-11631-DRH |
| *Jody Striner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11662-DRH |

| | |
|---|---|
| *Tracy Strong v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11412-DRH |
| *Joy Taylor v. Bayer Corporation, et al.* | No. 10-cv-11366-DRH |
| *Megan Taylor v. Bayer Corporation, et al.* | No. 13-cv-10095-DRH |
| *Summer Thomas v. Bayer Corporation, et al.* | No. 10-cv-11611-DRH |
| *Stacey Toth-Bullis v. Bayer Corporation, et al.* | No. 11-cv-10326-DRH |
| *Gwynne VanScoy v. Bayer Corporation, et al.* | No. 11-cv-11671-DRH |
| *Ashley Vicari v. Bayer Corporation, et al.* | No. 11-cv-11673-DRH |
| *Talana von Neumann v. Bayer Corporation, et al.* | No. 10-cv-10198-DRH |
| *Rochelle Waddell v. Bayer Corporation, et al.* | No. 10-cv-12133-DRH |
| *Tammy Wagner v. Bayer Corporation, et al.* | No. 10-cv-10899-DRH |
| *Carol Wakamo v. Bayer Corporation, et al.* | No. 10-cv-12332-DRH |
| *Latoya Warren v. Bayer Corporation, et al.* | No. 10-cv-12744-DRH |
| *Schannen Weinmann v. Bayer Corporation, et al.* | No. 10-cv-11590-DRH |
| *Shanna White v. Bayer Corporation, et al.* | No. 11-cv-10679-DRH |
| *Stephanie Williams v. Bayer Corporation, et al.* | No. 11-cv-11676-DRH |
| *Rupali Wilson v. Bayer Corporation, et al.* | No. 10-cv-12117-DRH |
| *Robin Young v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10954-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 27, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


**BY:   /s/Sara Jennings**
**Deputy Clerk**

**Dated:**  March 31, 2014

Digitally signed
by David R.
Herndon
Date: 2014.03.31
16:24:06 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**